EDWARD D. BOLTON, Appellant, v. JAMES MARR et al., Respondents.— In an action to recover for legal services rendered and expenditures made in connection therewith, plaintiff appeals from an order denying his motion to dismiss the counterclaim of defendant James Marr for the transfer and delivery to him of certain shares of stock in the defendant corporation, on the grounds of the Statute of Limitations and laches. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, MacCrate, Beldock and Ughetta, JJ., concur; Nolan, P.J., not voting.

■

MARGUERITE BROTHERS et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, order granting defendant's motion for a second physical examination of plaintiff Marguerite Brothers affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ., concur.

■

FRANK CONLEY, JR., an Infant, by FRANK CONLEY, His Guardian ad Litem, et al., Respondents, v. LEON GOLDBERG et al., Appellants.— In an action on behalf of the infant plaintiff to recover damages for personal injuries and by his father for medical expenses, order granting a preference affirmed, with $10 costs and disbursements. No opinion. Nolan, P.J., Wenzel, MacCrate, Beldock and Ughetta, JJ., concur.

■

LORETTA COVELLO, an Infant, by Her Guardian ad Litem, JOSEPH COVELLO, et al., Respondents, v. J. W. MAY's, INC., Appellant.— In an action in behalf of an infant to recover damages for personal injuries, and by the infant's father for medical expenses and for loss of services, judgment in favor of plaintiffs, entered upon a jury's verdict, unanimously affirmed, with costs. No opinion. Present — MacCrate, Acting P.J., Schmidt, Beldock, Murphy and Ughetta, JJ.

■

PEARL COX et al., Respondents, v. MAGNUM PUBLICATIONS, INC., Appellant, et al., Defendant.— In an action for an injunction and to recover damages based on alleged violations of plaintiff Pearl Cox's right of privacy (Civil Rights Law, §§ 50, 51), defendant Magnum Publications, Inc., appeals from an order denying its motion to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. The first cause of action sets forth an actionable cause. It was not improper to refuse to dismiss the second cause, which is for consequential damage claimed to have been sustained by plaintiff Pearl Cox's husband, since the motion was addressed to the entire complaint. (*Advance Music Corp.* v. *American Tobacco Co.*, 296 N. Y. 79.) Wenzel, Schmidt, Beldock and Murphy, JJ., concur; Nolan, P. J., dissents and votes to reverse the order and to grant the motion, on the authority of *Callas* v. *Whisper, Inc.* (278 App. Div. 974, affd. 303 N. Y. 759).